FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEANNA FINCH AND BRIAN FINCH, wife and husband,<br><br>                Plaintiff,<br><br>v.<br><br>HOMESTREET, INC., a Washington corporation; DAN HUEGEL, individually and its agent,<br><br>                Defendant. | No. 2:17-CV-00369-SMJ<br><br>STIPULATED PROTECTIVE ORDER |

Pursuant to Federal Rule of Civil Procedure 26(c) and the stipulation of the parties, the parties' Stipulated Protective Order, ECF No. 14, is approved and incorporated in this Order by reference. Parties filing documents protected under this Order may file the documents under seal without first obtaining leave of the Court.[1]

---

[1] *See* U.S. Dist. Ct. for the E. Dist. of Wash., *Procedures for the Filing of Sealed and Ex Parte Documents for Civil Cases* 6 (Aug. 26, 2015), http://www.waed.uscourts.gov/sites/default/files/electronic_how/Sealed%20Handout%20for%20Civil%20Cases-20150827.pdf

ORDER - 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 18th day of December 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2