FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEANNA FINCH and BRIAN FINCH, wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMESTREET INC., a Washington corporation, and DAN HUEGEL, individually and its agent,<br><br>Defendants. | No. 2:17-CV-0369-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 31, 2018, the parties filed a stipulated dismissal, ECF No. 29. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

1. The parties' Stipulated Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), **ECF No. 29**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

1     **IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and

2 provide copies to all counsel.

3     **DATED** this 1st day of August 2018.

4     *[signature]*
    SALVADOR MENDOZA, JR.

5     United States District Judge